IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LOGAN FULLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MT FOOD GROUP, LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> Case No. 1:24-CV-01708 |

### NOTICE OF SETTLEMENT

Plaintiff, LOGAN FULLER, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, MT FOOD GROUP, LLC.

Plaintiff and Defendant, MT FOOD GROUP, LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 26th day of November, 2024.

                Law Offices of
                THE SCHAPIRO LAW GROUP, P.L.

                /s/ Douglas S. Schapiro
                Douglas S. Schapiro, Esq.
                State Bar No. 54538FL
                The Schapiro Law Group, P.L
                7301-A W. Palmetto Park Rd., #100A
                Boca Raton, FL 33433
                Tel: (561) 807-7388
                Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 26th day of November, 2024.

                /s/ Douglas S. Schapiro
                Douglas S. Schapiro, Esq.
                State Bar No. 54538FL